IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALMESHIA COLLINS, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | :   CASE NO:  7:22-cv-135 (WLS) |
| | : |
| FREEDOM TRAILERS LLC, | : |
| | : |
| **Defendant.** | : |
| _____ | : |

### ORDER

Before the Court is the Defendant's Motion to Compel (Doc. 22) ("Motion") filed April 14, 2023. Therein, Defendant requests the Court compel *pro se* Plaintiff to respond completely to Defendant's Interrogatories and Requests for Production of Documents to Plaintiff. The Court notes that Defendant's Motion includes details of the information and documents Defendant contends are missing from the Plaintiff's responses to discovery. Pursuant to Local Rule 7.2, Plaintiff has twenty-one days after service of the Defendant's Motion to file her response.

Accordingly, the Plaintiff is hereby **ORDERED** to file a response to the Motion on or before Friday, May 5, 2023.[1] Plaintiff's failure to timely respond to the Motion may result in Plaintiff being sanctioned, including dismissal of her action with prejudice.[2]

**SO ORDERED**, this 19th day of April 2023.

<u>/s/ W. Louis Sands        </u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff may add an additional three days when responding to motions served by mail. *See* Fed. R. Civ. P. 6(d); Local Rule 6.3.

[2] The Court previously reminded Plaintiff that she is responsible for prosecuting her case for any period she is not represented by counsel and that failure to comply with the Federal Rules and the Local Rules of this Court or to promptly respond to motions may result in Plaintiff being sanctioned, including dismissal of her action with prejudice. "[A] party who proceeds *pro se* must comply with the same procedural rules that other litigants must follow." *Diaz v. AT&T Mobility*, No. 1:10-CV-3356-RLV-JSA, 2013 WL 12098747, at *3-4 (N.D. Ga. July 19, 2013), *adopted by* 2013 WL 12097948 (N.D. Ga. Aug. 9, 2013).

1