IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALMESHIA COLLINS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   CASE NO: 7:22-cv-135 (WLS) |
| | : |
| FREEDOM TRAILERS LLC, | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

On April 14, 2023, Defendant filed a Motion to Compel (Doc. 22) ("Motion") requesting the Court compel *pro* se Plaintiff to respond completely to Defendant's Interrogatories and Requests for Production of Documents to Plaintiff. By Order (Doc. 23) entered April 19, 2023, the Court ordered Plaintiff to respond to the Motion on or before May 5, 2023.[1] The Court has given Plaintiff two reminders that she is responsible for prosecuting her case for any period she is not represented by counsel. (*See* Docs. 23, 20) Plaintiff has further been warned that failure to comply with the Federal Rules and the Local Rules of this Court or to promptly respond to motions may result in Plaintiff being sanctioned, including dismissal of her action with prejudice.[2] (*See* Docs. 23, 20) On May 10, 2023, Plaintiff telephoned the Clerk's Office advising that she had moved and had just received the Court's April 19, 2023 Order, but that she intended to file a response to the Motion. Regardless of when Plaintiff received the Court's Order, the Plaintiff did not state she had not timely received Defendant's Motion. As indicated above, Plaintiff has previously been notified that she is required to respond timely to any motions. To date, Plaintiff has not filed the required response to the Motion.

---

[1] Pursuant to Fed. R. Civ. P. 6(d); Local Rule 6.3, an additional three days may be added when responding to motions served by mail.

[2] "[A] party who proceeds *pro se* must comply with the same procedural rules that other litigants must follow." *Diaz v. AT&T Mobility*, No. 1:10-CV-3356-RLV-JSA, 2013 WL 12098747, at *3-4 (N.D. Ga. July 19, 2013), *adopted by* 2013 WL 12097948 (N.D. Ga. Aug. 9, 2013).

Further, pursuant to Local Rule 83.1.4, Plaintiff was advised of her responsibility to keep the Court informed of her address for service upon her of notices, pleadings and other papers (*see* Doc. 18 at 1). She has also failed to comply with this requirement.

The Court finds that the Plaintiff had notice of the Motion, and had notice of the Court's April 19, 2023 Order no later than May 10, 2023. To date, Plaintiff has failed to file a response to the Motion, has failed to comply with the Court's April 19, 2023 Order, failed to update her address in the Court's records, and failed to properly and timely file a motion requesting the Court to extend the time for her to file her response to the Motion.

Accordingly, on or before **Monday, May 22, 2023**, Plaintiff is hereby **ORDERED** to **SHOW CAUSE**, in writing properly filed and served, why Plaintiff (i) failed to keep the Court informed of the correct address for serving notices, orders, pleadings, and other papers on Plaintiff, (ii) failed to comply with this Court's lawful orders; and (iii) why her complaint should not be dismissed with prejudice. Plaintiff is also hereby **NOTICED** that failure to comply with this Court's instructions may result in the dismissal, with prejudice, of Plaintiff's complaint without further notice.

**SO ORDERED**, this 15th day of May 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**